```
┌─────────────────────────────────────┐
│ USDC SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #:_____               │
│ DATE FILED:__07/18/2020__           │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TIMOTHY SIMON SPICER, JEFFREY PAUL
ARNOLD DAY, MARK ANDREW
BULLOUGH,

                              Plaintiff,                    **20-CV-3784 (GHW)**

              -against-                          **ORDER SCHEDULEING TELEPHONE
                                                           CONFERENCE**

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A.,

                              Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This case has been referred to me for settlement purposes (docket no. 23).  A telephone

conference will be held on **Thursday, August 19, 2020 at 2:00 p.m.** in advance of a settlement

conference.  The parties are directed to review Judge Parker's Individual Practices at

http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the

call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line

at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       **SO ORDERED.**

DATED:       New York, New York
             July 18, 2020

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge