```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIMOTHY SIMON SPICER, JEFFREY PAUL
ARNOLD DAY, MARK ANDREW
BULLOUGH,

                        Plaintiff,                      20-CV-3784 (GHW)

    -against-                             ORDER SCHEDULEING
                                                     TELEPHONIC SETTLEMENT
                                                     CONFERENCE

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A.,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic settlement conference in this matter is scheduled for **Tuesday, September 22, 2020 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 15, 2020 by 5:00 p.m.**

    SO ORDERED.

DATED:    New York, New York
                July 28, 2020

                                                                _____
                                                               KATHARINE H. PARKER
                                                               United States Magistrate Judge